UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                    Case No. 8:14-cr-376-T-33TGW

CESAR DANIEL ANAYA-MARTINEZ

_____/

## ORDER

This matter comes before the Court upon consideration of the
Government's Request for Leave to Dismiss Indictment (Doc. # 69),
filed on June 13, 2018. For the reasons stated below, the Court
grants the request.

## Discussion

On November 5, 2014, a federal grand jury in the Middle
District of Florida, Tampa Division, returned a two-count
Superseding Indictment against four Defendants, including
Defendant Cesar Daniel Anaya-Martinez. (Doc. # 10). The Government
seeks to dismiss the Indictment without prejudice as to Anaya-
Martinez pursuant to Rule 48(a) of the Federal Rules of Criminal
Procedure. (Doc. # 69). Rule 48(a) provides "[t]he Government may,
with leave of court, dismiss an indictment, information or
complaint." The Government explains that Anaya-Martinez's
extradition to the Middle District of Florida was not approved –
instead, he was extradited to the Eastern District of New York.

(Doc. # 69). The Court finds it appropriate to grant the relief requested by the Government.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The Government's Request for Leave to Dismiss Indictment (Doc. # 69) is **GRANTED.**

(2) Pursuant to the Government's request, the Indictment against Anaya-Martinez is dismissed without prejudice. The Clerk is directed to close this case as to Anaya-Martinez.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>14th</u> day of June, 2018.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE